**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01314-LTB-BNB

ERMA MARSHALL,

    Plaintiff,

v.

LHR, INC., a New York corporation,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 10 - filed September 18, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                             s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   September 22, 2008